**LAWRENCE C. HERSH**
ATTORNEY AT LAW
17 Sylvan Street, Suite 102b
Rutherford, New Jersey  07070

*ADMITTED NJ, NY, CA, AND IL                                                      Tel:  (201) 507-6300
*REGISTERED U.S. PATENT AND TRADEMARK OFFICE                      Fax: (201) 507-6311
                                                                                                      email:  lh@hershlegal.com

August 22, 2016

**Via ECF**
Honorable Steven C. Mannion, U.S.M.J.
United States District Court - District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room MLK 3C
Newark, NJ 07101

    Re:       **Nepomuceno v. Midland Credit Management, Inc**.
    Case No:    2:14-cv-05719-SDW-SCM

Dear Judge Mannion:

    Pursuant to the telephone conference with the Court on August 17, 2016, the parties and Plaintiff have agreed that Plaintiff's deposition will take place on September 26, 2016.  Plaintiff is in the process of providing alternative dates in the event that this agreed upon date will not work.

                                                                        Respectfully submitted,


                                                                        s/ Lawrence Hersh
                                                                        Lawrence Hersh
                                                                        Attorney for Plaintiff