UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEPOMUCENO,<br>　　　　Plaintiff,<br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC., et al.,<br>　　　　Defendants. | Civil Action No.<br><br>2:14-cv-05719-SDW-SCM<br><br>**ORDER ADMINISTRATIVELY TERMINATING ACTION** |

　　　It having been reported on the record today to the Court that the above-captioned action has been settled,

　　　IT IS on this October 12, 2017,

　　　ORDERED that this action and any pending motions are hereby administratively terminated; and it is further

　　　ORDERED that this shall not constitute a dismissal Order under Federal Rule of Civil Procedure 41; and it is further

　　　ORDERED that within **30 days** after entry of this Order, the parties shall file all papers necessary to dismiss this action under Federal Rule of Civil Procedure 41 or, if settlement cannot be consummated, request that the action be reopened; and it is further

　　　ORDERED that, absent receipt from the parties of dismissal papers or a request to reopen the action within the **30 day** period, the Court shall dismiss this action, without further notice, with prejudice and without costs.



Honorable Steve Mannion, U.S.M.J.
United States District Court,
for the District of New Jersey
phone: 973-645-3827

10/12/2017 6:47:58 PM

Original: Clerk of the Court
Hon. Susan D. Wigenton, U.S.D.J.
cc: All parties